# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:07-md-01804-TWT
### IN RE Stand 'N Seal, Products Liability Litigation
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Chambers on 07/16/2009.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 4:00 P.M.
TIME IN COURT: 1:00
COURT REPORTER: Susan Baker
DEPUTY CLERK: Sheila Sewell

ATTORNEY(S) PRESENT:
William Maiberger, Mikal Watts, Frank Ilardi for plaintiffs
William Sanders for SLR, Inc.
Edward Ruff, Michael Turiello for Roanoke
John MacNaughton, Seslee Mattson for Home Depot
Thomas Terry for Aerofil
Scott Huray for Orted
Albert Parnell for ICT

PROCEEDING CATEGORY: Status Conference(Other Proceeding Non-evidentiary);

MOTIONS RULED ON:
[1270]Motion to Sever DENIED this will be included in written order
[2208]Motion to Sever DENIED this will be included in written order.
[2298]Motion to Stay DENIED

MINUTE TEXT: The Court will follow agenda proposed by the parties. The status of bankruptcy as to SLR is that they are still in bankruptcy, there has been no final ruling on motion to lift stay. The Court advised the parties that the stay only impacted claims as to defendant SLR and that the remainder of the claims in all the cases would go forward. The deposition of Jim Robinson should go forward. The Court denied the motions to sever in the Adams and Bell cases. The Court set 7/31/09 deadline for plaintiffs to respond to Aerofil's Motion for Summary Judgment [1525] as to the Adams plaintiffs and to ICT's motions for Summary Judgment [1540 & 1779] as to the entire case. Defendants should advise the Court of Adams specific Motions for Summary Judgment by 7/31/09 that require resubmission and responses by plaintiffs due 8/10/09.  Any defendants' new motions for summary judgment as to the Adams case

are due 8/10/09, but will not delay the trial to begin 9/8/09.
The Court inquired of the parties if there is any reason he should not recommend remand to the MDL Panel of all non-Northern District of Georgia originally filed cases. There was no negative response. The Court set an 8/10/09 deadline for any party to file a 1404 motion in the Bell(07cv687), Dezbic (08cv553) or Osmanik (08cv554) cases. The Court then began case specific discussions to the Adams (07cv686) case. The consolidated pretrial order is due 8/10/09, motions in limine due by 8/21/09, the final pretrial conference will be in chambers 8/28/09 at 9:30 a.m., the Court has preliminarily set time limits of 20 hours for plaintiffs and 20 hours for defendants for presentation of their case in total, a final determination will be made on 8/28/09 at the pretrial conference. Mr. Illardi responded to the Court's question about status of filing of dismissal of settled defendants in the Flynn case, that it should be filed shortly. The next status conference is scheduled for 8/6/09, but if parties determine it is not needed it may be cancelled.

HEARING STATUS:   Hearing Concluded