IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Walter Adams, et al<br><br>Plaintiff<br><br>v.<br><br>Home Depot U.S.A., Inc., et al<br><br>Defendants | CIVIL ACTION NO.<br>1:07-cv-00686-TWT |

O R D E R

The jury trial of this case is SPECIALLY SET for September 8, 2009, at 9:30 a.m. before the undersigned, in Courtroom 2108, United States Courthouse, 75 Spring Street, S. W., Atlanta, Georgia.

The Proposed Consolidate Pretrial Order is due August 10, 2009, Motions in Limine are due August 21, 2009.  The final pretrial conference is scheduled for August 28, 2009 at 9:30 a.m. in Chambers 2188.

SO ORDERED, this 17th day of July, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE