IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE STAND 'N SEAL, PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1804<br>1:07-md-1804-TWT |
| WALTER ADAMS, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>ROANOKE COMPANIES GROUP, INC., now known as Britt, Inc., et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:07-CV-686-TWT |

<u>ORDER</u>

The Plaintiffs' Motion Substitute Adams Case for Flynn Trial Setting [Doc. 176] and [Doc. 2284 (07md1804)] is DENIED.

SO ORDERED, this 20 day of July, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge