IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WALTER ADAMS, et al<br><br>Plaintiff(s)<br><br>v.<br><br>ROANOKE COMPANIES GROUP, INC., et al<br><br>Defendant(s) | CIVIL ACTION NO.<br>1:07cv0686-TWT |

## O R D E R

The parties having announced that the above case is settled, and the Court having removed the case from its trial calendar of September 8, 2009 and directs the Clerk to administratively close the case.

SO ORDERED, this 11th day of January 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

T:\S T S\ORDERS\CIVIL\2007\07cv686 adm close